UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

UNITED STATES OF AMERICA,

          Plaintiff,          Case No. 2:17-cr-29

v.          HON. Paul L. Maloney

William Del Cid-Gonzalez,

          Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted an arraignment and plea hearing in the captioned case on September 6, 2017 with an interpreter, after receiving the written consent of defendant and all counsel. At the hearing, defendant William Del Cid-Gonzalez entered a plea of guilty to Count 1, charging defendant with Re-Entry of Removed Alien in violation of 8:1326(a). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count 1 be accepted and that the court adjudicate defendant guilty. It is further recommended that defendant

remain detained pending sentencing. Acceptance of the plea, adjudication of guilt, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge.

Date: September 7, 2017          /s/ Timothy P. Greeley
                                 TIMOTHY P. GREELEY
                                 United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).